UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Cr. No.:    **2:13-CR-20273** |
| ) | |
| **RANDOLPH B. ROBINSON,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISMISS INDICTMENT
## AND MEMORANDUM IN SUPPORT

Comes now the United States of America, by and through Edward L. Stanton III, United States Attorney for the Western District of Tennessee, and Frederick H. Godwin, Assistant United States Attorney, and moves this honorable court to dismiss the indictment, without prejudice, in the above styled case.

### MEMORANDUM IN SUPPORT

As the United States announced in open court on May 15, 2014, the United States and the defendant have entered into an agreement for pretrial diversion for a period of eighteen

(18) months in this matter. Consequently, the United States asks this honorable court to dismiss the indictment, in the above styled case, without prejudice.

>
> Respectfully submitted,
>
> EDWARD L. STANTON III
> United States Attorney
>
> By:     s/ Frederick H. Godwin
>            Frederick H. Godwin
>            Assistant United States Attorney
>            167 North Main Street, Suite 800
>            Memphis, Tennessee  38103
>            Telephone:  (901) 544-4231
>            (11501 Tennessee)

## CERTIFICATE OF SERVICE

I, Frederick H. Godwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **Motion** has been filed via the Court's electronic filing system.

This 15th day of May 2014.

>
> s/ Frederick H. Godwin
> Frederick H. Godwin
> Assistant United States Attorney